# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# DIVISION ORLANDO

| | |
|---|---|
| PEDRO JUAN MILLAN, ) <br> ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> RECEIVABLE MANAGEMENT ) <br> GROUP, INC. ) <br> ) <br>     Defendant. ) <br> _____ ) | Civil Action File No. <br> 6:22-cv-197 |

## NOTICE OF REMOVAL (FEDERAL QUESTION)

Pursuant to 28 U.S.C. §§ 1331 and 1441 et seq., and 15 U.S.C. § 1692 et seq., Defendant Receivable Management Group, Inc., ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Pedro Juan Millan v. Receivable Management Group, Inc.*, from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida under Case No.: 2021 CC 004253 CL ("State Court Action") to the United States District Court for the Middle District of Florida. In support of removal, Defendant, by and through its attorneys, states as follows:

1. On December 10, 2021, Pedro Juan Millan ("Plaintiff") filed this action in the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida.  A copy of the state court records are attached hereto.

2. Plaintiff served Defendant on January 12, 2022.  This removal is timely pursuant to 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt

Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.  This Court is the proper district for removal because the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida is located within the jurisdiction of the United States District Court for the Middle District of Florida.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, where this action is currently pending.

6. By virtue of this Notice of Removal, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that the above-captioned matter currently pending in the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida be removed to this Honorable Court.

Respectfully submitted this 1st day of February 2022.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedlawgroup.com

- 3 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| PEDRO JUAN MILLAN,  )<br>  )<br>    Plaintiff,  )<br>vs.  )<br>  )<br>RECEIVABLE MANAGEMENT  )<br>GROUP, INC.  )<br>  )<br>    Defendant.  )<br>_____)  | Civil Action File No.<br>6:22-cv-197 |

**CERTIFICATE OF SERVICE**

    This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Thomas J. Patti
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301

Paul A. Herman
Consumer Advocates Law Group, PLLC
4801 Linton Blvd, Suite 11A-560
Delray Beach, Florida 33445

Joel A. Brown
Friedman & Brown, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309

    Respectfully submitted this 1st day of February 2022.

                                                **BEDARD LAW GROUP, P.C.**

                                                /s/ Jonathan K. Aust
                                                Jonathan K. Aust
                                                Florida Bar No. 1033458
                                                *Counsel for Defendant*