**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**DIVISION ORLANDO**

| | |
|---|---|
| PEDRO JUAN MILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action File No. |
| ) | 6:22-cv-00197-CEM-EJK |
| RECEIVABLE MANAGEMENT ) | |
| GROUP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Plaintiff – Pedro Juan Millan.

    b. Plaintiff's counsel – Friedman & Brown, LLC. Joel A. Brown. Consumer Advocates Law Group, PLLC FL. Paul Herman. The Law Offices of Jibrael S. Hindi. Thomas J. Patti.

    c. Defendant – Receivable Management Group, Inc.

    d. Defendant's Counsel – Bedard Law Group, P.C. Jonathan K. Aust

2. The name of every other entity whose publicly-traded stock, equity, or debt may be

substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known at this time.

5. I hereby certify I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 2nd day of February 2022.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# DIVISION ORLANDO

| | |
|---|---|
| PEDRO JUAN MILLAN, ) <br> ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> RECEIVABLE MANAGEMENT ) <br> GROUP, INC. ) <br> ) <br>     Defendant. ) <br> ) | Civil Action File No. <br> 6:22-cv-00197-CEM-EJK |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed Defendant's Certificate of Interested Persons and Corporate Disclosure Statement using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Paul Herman <br> paherman1956@gmail.com | Thomas J. Patti, III <br> tom@jibraellaw.com |

This is to certify that on this date I deposited a copy of the foregoing in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Joel A. Brown
Friedman & Brown, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309

Respectfully submitted this 2nd day of February 2022.

                                                            **BEDARD LAW GROUP, P.C.**

                                                             /s/ Jonathan K. Aust
                                                             Jonathan K. Aust
                                                             Florida Bar No. 1033458
                                                             *Counsel for Defendant*