**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**DIVISION ORLANDO**

PEDRO JUAN MILLAN,        )
                                 )
        Plaintiff,          )
vs.                            )    Civil Action File No.
                                 )    6:22-cv-00197-CEM-EJK
RECEIVABLE MANAGEMENT    )
GROUP, INC.                 )
                               )
        Defendant.      )
_____)

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    <u>X</u> IS             related to pending or closed civil or criminal case(s) previously filed in the Court, or other Federal or State court, or administrative agency as indicated below: <u>This court was removed from state court.  See, *Pedro Juan Millan v. Receivable Management Group, Inc.,* County Court of the Ninth Judicial Circuit in and for Osceola County, Florida under Case No.: 2021 CC 004253 CL</u>

    <u>    </u>   IS NOT     related to any pending or closed or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than FOURTEEN (14) DAYS after appearance of the party.

    Respectfully submitted this 2nd day of February 2022.

                                  **BEDARD LAW GROUP, P.C.**

                                  <u>/s/ Jonathan K. Aust</u>
                                  Jonathan K. Aust
                                  Florida Bar No. 1033458
                                  *Counsel for Defendant*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871

[jaust@bedlawgroup.com](mailto:jaust@bedlawgroup.com)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**DIVISION ORLANDO**

| | | |
|---|---|---|
| PEDRO JUAN MILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action File No. |
| | ) | 6:22-cv-00197-CEM-EJK |
| RECEIVABLE MANAGEMENT | ) | |
| GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed Defendant's Notice of Pendency of Other Actions using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul Herman                                    Thomas J. Patti, III
paherman1956@gmail.com              tom@jibraellaw.com

This is to certify that on this date I deposited a copy of the foregoing in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Joel A. Brown
Friedman & Brown, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309

Respectfully submitted this 2nd day of February 2022.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant*