UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00197-CEM-EJK

PEDRO JUAN MILLAN,

    Plaintiff,

v.

RECEIVABLE MANAGEMENT GROUP INC,

    Defendant.
_____/

# NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Plaintiff Pedro Juan Millan ("Plaintiff") submits this Notice of Acceptance of the Offer of Judgment served by Defendant Receivable Management Group Inc ("Defendant") on April 8, 2022.

1. Attached as Exhibit "A" is a signed copy of the Offer of Judgement.

2. Plaintiff has accepted the Offer of Judgment.

3. Pursuant to the Offer of Judgment, "[j]udment shall be entered against Defendant Receivable Management Group, Inc., in the amount of Two Thousand Dollars ($2,000.00) inclusive of all damages in full satisfaction of all claims asserted, or which could have been asserted, by Plaintiff." *See* Exhibit A at ¶ 1.

4. Pursuant to the Offer of Judgment, "[j]udgement shall be entered against Defendant Receivable Management Group, Inc., for reasonable attorney's

fees allowable under 15 U.S.C. § 1692k(a) through and including the 14th day following service of this offer." *See* Exhibit A at ¶ 2.

5. Pursuant to the Offer of Judgment, "[t]he Plaintiff shall make a good faith effort to reach agreement on the amount of attorneys fees before filing a motion under this paragraph." *See* Exhibit A at ¶ 3.

6. Plaintiff and Defendant (the "Parties") are currently engaged in good-faith discussions regarding the amount of reasonable attorneys' fees incurred by Plaintiff.

7. In light of Plaintiff's acceptance of the Offer of Judgment, *see* Exhibit A, the sole remaining issue before this Count is the issue of reasonable attorneys' fees Plaintiff is entitled pursuant to the terms of the Offer of Judgment.

Dated: April 20, 2022

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **2** of **3**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com