**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
DIVISION ORLANDO**

PEDRO JUAN MILLAN,

Plaintiff,

vs.

RECEIVABLE MANAGEMENT GROUP, INC.

Defendant.

Civil Action File No. 6:22-cv-00197-CEM-EJK

## JUDGMENT

This matter is before the Court on Plaintiffs' acceptance of the offer of judgment made by Defendant Receivable Management Group, Inc., pursuant to Rule 68 of the Federal Rules of Civil Procedure. Upon review of the file and other good cause shown, the Court enters judgment as follows:

1) Judgment shall be entered against Defendant Receivable Management Group, Inc., in the amount of Two Thousand Dollars ($2,000.00) inclusive of all damages in full satisfaction of all claims asserted, or which could have been asserted, by Plaintiff.

2) Judgment shall be entered against Defendant Receivable Management Group, Inc., for reasonable attorney's fees allowable under 15 U.S.C. § 1692k(a) through and including the 14th day following service of this offer. The Plaintiff shall make a good faith effort to reach agreement on the amount of attorney fees before filing a motion under this paragraph.

3) This judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that



ENV26499282-2125-DAFC-6914-EFFD
04/18/2022 17:24 PM EDT

Defendants are liable in this action, or that Plaintiff has suffered any damage, or for any other reason.

So Ordered this _____ day of ______________, 2022.

___________________________________

Judge, United States District Court



ENV26499282-2125-DAFC-6914-EFFD
04/18/2022 17:24 PM EDT

Prepared and consented to by:

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
4855 River Green Pkwy
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com

*Attorney for Defendant*

**THE LAW OFFICES OF JIBRAEL S. HINDI**

Thomas J. Patti
Florida Bar No. 118377
110 se 6TH Street
Suite 1744
Fort Lauderdale, Florida 33301
Telephone: (954) 907-1136
tom@jibraellaw.com

*Attorney for Plaintiff*

**CONSUMER ADVOCATES LAW GROUP, PLLC**

Paul A. Herman

Paul A. Herman
Florida Bar No. 405175
4801 Linton Blvd.
Suite 11A-560
Delray Beach, Florida 33445
Telephone: (561) 236-8851
paul@consumeradvocatelaw.com

*Attorney for Plaintiff*

**FRIEDMAN & BROWN, LLC**

Electronically RSigned by:
Joel Brown
04/18/2022 17:24 EDT

Joel A. Brown
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Telephone: (954) 966-0111
joel.brown@friedmanandbrown.com

*Attorney for Plaintiff*



ENV26499282-2125-DAFC-6914-EFFD
04/18/2022 17:24 PM EDT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**DIVISION ORLANDO**

| | | |
|---|---|---|
| PEDRO JUAN MILLAN,<br><br>Plaintiff,<br>vs.<br><br>RECEIVABLE MANAGEMENT GROUP, INC.<br><br>Defendant. | ) | Civil Action File No.<br>6:22-cv-00197-CEM-EJK |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record, through their counsel of record, with a copy of the foregoing **Rule 68 Offer of Judgment** by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

**FRIEDMAN & BROWN, LLC**

Joel A. Brown
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Telephone: (954) 966-0111
joel.brown@friedmanandbrown.com

*Attorney for Plaintiff*

**THE LAW OFFICES OF JIBRAEL S. HINDI**

Thomas J. Patti
Florida Bar No. 118377
110 se 6TH Street
Suite 1744
Fort Lauderdale, Florida 33301
Telephone: (954) 907-1136
tom@jibraellaw.com

*Attorney for Plaintiff*

**CONSUMER ADVOCATES LAW GROUP, PLLC**

Paul A. Herman
Florida Bar No. 405175
4801 Linton Blvd.
Suite 11A-560
Delray Beach, Florida 33445
Telephone: (561) 236-8851
paul@consumeradvocatelaw.com

*Attorney for Plaintiff*



ENV26499282-2125-DAFC-6914-EFFD
04/18/2022 17:24 PM EDT

Respectfully submitted this 8th day of April 2022.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant*



ENV26499282-2125-DAFC-6914-EFFD
04/18/2022 17:24 PM EDT