UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00197-CEM-EJK.

PEDRO JUAN MILLAN,

    Plaintiff,

v.

RECEIVABLE MANAGEMENT GROUP INC,

    Defendant.
_____/

## **VERIFIED MOTION FOR AWARD OF ATTORNEYS' FEES**

Plaintiff Pedro Juan Millan ("Plaintiff") files this Motion for an award of reasonable attorneys' fees incurred by Plaintiff in this matter, and in support thereof, states the following:

1. On December 10, 2021, Plaintiff sued Defendant Receivable Management Group Inc ("Defendant") for violation of 15 U.S.C §1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"). In short, Plaintiff claimed that Defendant violated § e(2)(A) of the FDCPA by attempting to collect a debt from Plaintiff that arose from the treatment of a work-place injury sustained by Plaintiff. *See* D.E. 1-1 at ¶¶ 8-31. On April 08, 2022, Defendant offered to have judgment entered against it for $2,000.00 plus reasonable attorneys fees and costs. *See* D.E. 18-1. On April 20, 2022, Plaintiff accepted Defendant's offer of judgment. *See* D.E.

<u>18</u>. On May 09, 2022, this Court entered judgment against Defendant pursuant to Defendant's offer and directed Plaintiff to seek reasonable attorneys fees and costs. *See* <u>D.E. 19</u>.

2. Accordingly, Plaintiff is the prevailing party in this Action, whereby a <u>Memorandum of Law in Support of Plaintiff's Verified Motion for Award of Attorneys' Fees</u> is attached hereto as Exhibit "A."

3. Pursuant to 15 U.S.C. § 1692k(3), in the case of a successful action to enforce liability under the FDCPA, a plaintiff is entitled to "the costs of the action, together with a reasonable attorney's fee as determined by the court."

4. Attorney Thomas J. Patti, Esq. ("Attorney Patti") expended a total 20.3 hours on behalf of Plaintiff. *See* <u>Declaration of Thomas J. Patti in Support of Plaintiff's Motion for Award Attorneys' Fees</u> (attached as Exhibit "B"). The hourly rate for the services provided by Attorney Patti is $525.00 per hour. <u>Id</u>.

5. Attorney Paul A. Herman, Esq. ("Attorney Herman") expended a total 12.7 hours on behalf of Plaintiff. *See* <u>Declaration of Paul A. Herman in Support of Plaintiff's Motion for Award Attorneys' Fees</u> (attached hereto as Exhibit "C"). The hourly rate for the services provided by Attorney Herman is $625.00 per hour. <u>Id</u>.

6. Here, reasonable attorney's fee equals the sum of the services provided by Attorney Patti (*20.3 hours at $525.00/hour*) *plus* the services of Attorney Herman (*12.7 hours at $625.00/hour*), whereby the sum of which equals **$ 18,595.00**.

7. A true and correct detailed invoice depicting the hours expended and attorneys' fees generated by Plaintiff's Attorneys' is attached, whereby the Time Card for Attorney Patti is attached as Exhibit "D" and the Time Card for Attorney Herman is attached as Exhibit "E."

8. Plaintiff discloses that the terms of his agreement with the undersigned counsel is for the payment of reasonable attorney's fees and costs as determined by the Court. Plaintiff seeks interest pursuant to 28 U.S.C. § 1961 on any award of costs or reasonable attorney's fees.

9. WHEREFORE, Plaintiff, respectfully, request this Honorable Court to approve as fair, reasonable, and adequate, this request for attorneys' fees in the amount of **$ 18,595.00**.

## VERIFICATION OF COUNSEL

The undersigned verify under penalty of perjury that the foregoing is true and correct.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No. 118377

    /s/ Paul A. Herman
**PAUL A. HERMAN, ESQ.**
Florida Bar No. 405175

Dated: May 23, 2022

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:  jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:  tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:        855-529-9540

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377