

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00197-CEM-EJK.

PEDRO JUAN MILLAN,

    Plaintiff,

v.

RECEIVABLE MANAGEMENT GROUP INC,

    Defendant.

_____/

# DECLARATION OF ATTORNEY THOMAS J. PATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

In support of Plaintiff's Motion for Award of Attorneys' Fees, I, Thomas J. Patti, Esq., make the following statement:

1. My name is Thomas J. Patti. I am a member in good standing of the Bars of the following Courts:

    a. Supreme Court of Florida
       Tallahassee, Florida
       Admitted September 21, 2015

    b. United States District Court for the Southern District of Florida
       Miami, Florida
       Admitted December 02, 2015

    c. United States District Court for the Middle District of Florida
       Tampa, Florida
       Admitted March 14, 2016

    d. United States District Court for the Northern District of Florida
       Pensacola, Florida
       Admitted March 11, 2019

2. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Marketing and Management on May 23, 2011. I graduated law school *magna cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3. Since September of 2015, I have practiced predominantly in the Southern District of Florida, wherein I litigated consumer protection cases on behalf of plaintiffs. In so doing, I have operated as the lead counsel in over 500 of individual consumer protection cases in the Southern District of Florida, as well as served as co-counsel in class actions certified in this District.

4. I am an active member of the National Association of Consumer Advocates.

5. I am lead counsel for Plaintiff in this action.

6. I have expended a total of 20.3 hours in this matter. My contemporaneously kept time records reflecting my services is attached as Exhibit "D" to Plaintiff's Motion for Award of Attorneys' Fees.

7. In 2017, in Lee v. McCarthy, Case 0:17-cv-60471-JJO, Judge O'Sullivan awarded Attorney Patti an hourly rate of $325 as counsel for plaintiff. Attorney Patti's then hourly rate was $380, of which was contested by the defendant. After conducting a hearing on the matter, Judge O'Sullivan found that a rate of $325 per hour for Attorney Patti to be reasonable. In awarding Attorney Patti attorney's fees, Judge O'Sullivan found pre-suit investigative time expended by Attorney Patti to be compensable at an hourly rate of $325.

8. In 2019, in Greenwald v. Frost-Arnett Company, Case 0:19-cv-62751-RKA, Judge Hunt awarded Attorney Patti an hourly rate of $375 as counsel for plaintiff. Attorney Patti's then hourly rate was $425, of which was contested by the defendant. After conducting a hearing on the matter, Judge Hunt found that a rate of $375 per hour for Attorney Patti to be reasonable. Judge

Hunt found the additional three (3) years of experience had by Attorney Patti to warrant an upward adjustment in Attorney Patti's contested hourly rate.

9. The reasonable hourly rate for my services is $525.00 per hour.

10. The lodestar calculation of attorney's fees for my time expended is $ 10,657.50 (20.3 hours multiplied by $525/hour).

11. These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Thomas J. Patti, declare under penalty of perjury that the foregoing statements are true.

Executed, in Fort Lauderdale, Florida.

    /s/ Thomas J. Patti              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136