

Case Number       2021 CC 004253 CL / 6:22-cv-00197-CEM-EJK

Osceola County, Florida / Middle District of Florida

**PEDRO JUAN MILLAN**,

    Plaintiff,

v.

**RECEIVABLE MANAGEMENT GROUP INC**,

    Defendant.

---

## TIMECARD OF THOMAS J. PATTI, ESQ.

HOURLY RATE $525.00

NUMBER OF HOURS 20.3

TOTAL ATTORNEYS FEES $10,657.50

| DATE | ATTORNEY | ENTRY | TIME |
|---|---|---|---|
| 12-10-2021 | TP | RECEIPT OF REFERRAL | 0.1 |
| 12-10-2021 | TP | REVIEW OF REFERRAL DOCUMENTS TO DETERMINE WHETHER CASE IS ACTIONABLE AND COLLECTION OF NECESSARY INFORMATION NEEDED TO FILE LAWSUIT | 0.6 |
| 12-10-2021 | TP | NOTIFY REFERRING ATTORNEY THAT CASE IS ACTIONABLE AND THAT CASE WILL BE DRAFTED | 0.1 |
| 12-10-2021 | TP | DRAFT COMPLAINT | 1.5 |
| 12-10-2021 | TP | DRAFT INTERROGATORIES | 0.2 |
| 12-10-2021 | TP | DRAFT PRODUCTION REQUESTS | 0.2 |
| 12-10-2021 | TP | DRAFT ADMISSION REQUESTS | 0.1 |
| 12-10-2021 | TP | COMPILE DISCOVERY REQUESTS | 0.1 |
| 12-10-2021 | TP | DRAFT SUMMONS | 0.1 |
| 12-10-2021 | TP | CASE FILED | 0.1 |
| 12-10-2021 | TP | FILING RECEIPT 140150293 | 0.1 |
| 12-13-2021 | TP | CASE ACCEPTED 2021 CC 004253 CL | 0.1 |

| 12-14-2021 | TP | RECEIPT OF SUMMONS | 0.1 |
|---|---|---|---|
| 12-14-2021 | TP | REVIEW OF DOCKET FOR NEW ENTRIES | 0.1 |
| 12-14-2021 | TP | REVIEW OF DOCKETED CASE MANAGEMENT ORDER | 0.1 |
| 01-10-2022 | TP | SENT FOR SERVICE | 0.1 |
| 01-10-2022 | TP | CONFORMATION OF SERVICE REQUEST | 0.1 |
| 01-12-2022 | TP | RECEIPT OF SERVICE UPDATE | 0.1 |
| 01-12-2022 | TP | NOTICE OF SERVICE COMPLETED | 0.1 |
| 01-12-2022 | TP | RECEIPT OF RETURN OF SERVICE | 0.1 |
| 02-01-2022 | TP | RECEIPT OF E-FILING NOTICE RE: NOTICE OF REMOVAL (PART 1) | 0.1 |
| 02-01-2022 | TP | RECEIPT OF E-FILING NOTICE RE: NOTICE OF REMOVAL (PART 2) | 0.1 |
| 02-01-2022 | TP | REVIEW OF NOTICE OF REMOVAL (6:22-CV-00197) | 0.2 |
| 02-01-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.3 ] LOCAL RULE 2.01(A) | 0.1 |
| 02-02-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 4] ORDER ON DISCOVERY MOTIONS | 0.1 |
| 02-02-2022 | TP | REVIEW OF ORDER ON DISCOVERY MOTIONS | 0.1 |
| 02-02-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 5] INITIAL ORDER | 0.1 |
| 02-02-2022 | TP | REVIEW OF INITIAL ORDER | 0.1 |
| 02-02-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 6] PAPER NOTICE REGARDING LOCAL RULE COMPLIANCE | 0.1 |
| 02-02-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.7] DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT | 0.1 |
| 02-02-2022 | TP | REVIEW OF DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT | 0.1 |
| 02-02-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.8] DEFENDANT'S NOTICE OF RELATED ACTIONS | 0.1 |
| 02-02-2022 | TP | REVIEW OF DEFENDANT'S NOTICE OF RELATED ACTIONS | 0.1 |
| 02-03-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-03-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-03-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-07-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-07-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-08-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-08-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |

| 02-08-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
|---|---|---|---|
| 02-08-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM CO-COUNSEL | 0.1 |
| 02-08-2022 | TP | TELEPHONIC CONFERENCE WITH OPPOSING COUNSEL | 0.2 |
| 02-08-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-08-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 9] DEFENDANT'S ANSWER | 0.1 |
| 02-08-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-08-2022 | TP | REVIEW OF DEFENDANT'S ANSWER | 0.3 |
| 02-08-2022 | TP | ADVISE AND DISCUSS MOTION TO STRIKE DEFENDANT'S 2ED AFFIRMATIVE DEFENSE (BFE) WITH CO-COUNSEL | 0.1 |
| 02-09-2022 | TP | DRAFT NOTICE OF LEAD COUNSEL DESIGNATION | 0.1 |
| 02-09-2022 | TP | DRAFT CERTIFICATE OF INTERESTED PERSONS | 0.1 |
| 02-09-2022 | TP | DRAFT NOTICE OF RELATED ACTIONS | 0.1 |
| 02-09-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.10] PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION | 0.1 |
| 02-09-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.11] PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS | 0.1 |
| 02-09-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.12] PLAINTIFF'S NOTICE OF RELATED ACTIONS | 0.1 |
| 02-10-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-10-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-10-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-14-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-14-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL (CMR) | 0.1 |
| 02-15-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-15-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-15-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-15-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-16-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-16-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-17-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-17-2022 | TP | INITIAL PLANNING CONFERENCE WITH OPPOSING COUNSEL | 0.2 |
| 02-23-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 02-23-2022 | TP | DRAFT CASE MANAGEMENT REPORT | 0.2 |

| 02-23-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
|---|---|---|---|
| 02-23-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-23-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-25-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-25-2022 | TP | TELEPHONIC CONFERENCE WITH OPPOSING COUNSEL | 0.2 |
| 02-25-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-28-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-28-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 02-28-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 02-28-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 03-01-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |
| 03-01-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 03-02-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 03-30-2022 | TP | REVIEW OF CORRESPONDENCE TO OPPOSING COUNSEL REGARDING CMR | 0.2 |
| 03-31-2022 | TP | REVIEW OF CORRESPONDENCE TO OPPOSING COUNSEL REGARDING CMR | 0.1 |
| 03-31-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM CO-COUNSEL REGARDING CMR | 0.2 |
| 03-31-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL REGARDING CMR | 0.1 |
| 03-31-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM CO-COUNSEL REGARDING CMR | 0.1 |
| 03-31-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 13] CASE MANAGEMENT REPORT | 0.1 |
| 04-04-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 14] CASE MANAGEMENT AND SCHEDULING ORDER | 0.1 |
| 04-04-2022 | TP | REVIEW OF CASE MANAGEMENT AND SCHEDULING ORDER | 0.2 |
| 04-04-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 15] ORDER DIRECTING PARTIES TO CONFER AND SELECT MEDIATOR | 0.1 |
| 04-04-2022 | TP | REVIEW OF ORDER DIRECTING PARTIES TO CONFER AND SELECT MEDIATOR | 0.1 |
| 04-04-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 16] REFERRING CASE TO MEDIATION | 0.1 |
| 04-07-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-07-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 04-08-2022 | TP | RECEIPT AND REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL | 0.1 |

| | | | |
|---|---|---|---|
| 04-08-2022 | TP | RECEIPT OF DEFENDANT'S INITIAL DISCLOSURES | 0.1 |
| 04-08-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-08-2022 | TP | REVIEW OF DEFENDANT'S INITIAL DISCLOSURES | 0.2 |
| 04-10-2022 | TP | RECEIPT OF OFFER OF JUDGMENT FROM DEFENDANT | 0.1 |
| 04-10-2022 | TP | PRELIMINARY REVIEW OF OFFER OF JUDGMENT | 0.1 |
| 04-10-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-10-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL | 0.2 |
| 04-14-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-14-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL | 0.2 |
| 04-14-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL REGARDING FORTHCOMING ACCEPTANCE OF OFFER OF JUDGEMENT | 0.1 |
| 04-14-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL REGARDING FORTHCOMING ACCEPTANCE OF OFFER OF JUDGEMENT | 0.1 |
| 04-18-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-18-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL | 0.2 |
| 04-18-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL REGARDING APPROVAL TO ACCEPT OJ | 0.1 |
| 04-18-2022 | TP | CONFERRAL REGARDING ACCEPTANCE OF OFFER OF JUDGMENT | 0.1 |
| 04-18-2022 | TP | DRAFT NOTICE OF MEDIATION | 0.1 |
| 04-18-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.17] NOTICE OF MEDIATION CONFERENCE SCHEDULING | 0.1 |
| 04-20-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-20-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL | 0.1 |
| 04-20-2022 | TP | CORRESPONDENCE TO OPPOSING COUNSEL | 0.1 |
| 04-20-2022 | TP | DRAFT NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT | 0.3 |
| 04-20-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E.18] NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT | 0.1 |
| 04-24-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 04-24-2022 | TP | CONFERRAL REGARDING OFFER OF JUDGMENT WITH CO-COUNSEL | 0.1 |
| 05-09-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 19] REGARDING JUDGEMENT TO BE ENTERED AGAINST DEFENDANT | 0.1 |
| 05-09-2022 | TP | REVIEW OF ORDER DIRECTING JUDGMENT TO BE ENTERED AGAINST DEFENDANT | 0.1 |
| 05-10-2022 | TP | RECEIPT OF E-FILING NOTICE [D.E. 20] REGARDING JUDGMENT ENTERED AGAINST DEFENDANT | 0.1 |

| 05-10-2022 | TP | REVIEW OF JUDGMENT ENTERED AGAINST DEFENDANT | 0.1 |
|---|---|---|---|
| 05-20-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.2 |
| 05-20-2022 | TP | DRAFT MOTION FOR ATTORNEYS' FEES | 2.3 |
| 05-23-2022 | TP | REVIEW AND ASSESSMENT OF FILE | 0.1 |
| 05-23-2022 | TP | FINALIZE MOTION FOR ATTORNEYS' FEES | 0.3 |

**\*\*\* END OF DOCUMENT \*\*\***