

Case Number          2021 CC 004253 CL / 6:22-cv-00197-CEM-EJK

Osceola County, Florida / Middle District of Florida

**PEDRO JUAN MILLAN**,

    Plaintiff,

v.

**RECEIVABLE MANAGEMENT GROUP INC**,

    Defendant.

---

### TIMECARD OF PAUL A. HERMAN, ESQ.

HOURLY RATE                    $625.00

NUMBER OF HOURS                12.7

TOTAL ATTORNEYS FEES           $7,937.50

| DATE | ATTORNEY | ENTRY | TIME |
|---|---|---|---|
| 08-02-2021 | PH | ANALYSIS AND REVIEW OF WORKERS' COMPENSATION WEBSITE FOR OBTAINING DOCKET AND APPROPRIATE PLEADINGS AND DOCUMENTS. | 0.4 |
| 08-02-2021 | PH | COMMUNICATION WITH CLAIMANT ATTORNEY FROM MORGAN AND MORGAN REGARDING STATUS OF CASE AND ISSUES INVOLVING COLLECTION ACTIVITY. | 0.4 |
| 08-02-2021 | PH | RECEIPT AND REVIEW OF VARIOUS MEDICAL BILLS FROM EIGHT OR SO MEDICAL PROVIDERS FOR DETERMINATION OF 440.13 VIOLATIONS. | 0.8 |
| 08-02-2021 | PH | ANALYSIS REVIEW OF COLLECTION STATEMENTS. | 0.4 |
| 08-03-2021 | PH | COMMUNICATION TO CLIENT REGARDING STATUS OF MEDICAL BILLS AND OFFERED SERVICES REGARDING COLLECTION ACCOUNTS. | 0.5 |
| 08-03-2021 | PH | COMMUNICATION WITH CLAIMANT IN REVIEWING RETAINER AGREEMENT AND ADDITIONAL DOCUMENTS FOR SIGNATURE INCLUDING MEDICAL REQUEST, MENTAL ANGUISH AND EMOTIONAL DISTRESS AND OTHER CLIENT INFORMATION DOCUMENTS REQUIRED FOR CASE. | 0.4 |

| 08-04-2021 | PH | RECEIPT AND REVIEW OF MENTAL ANGUISH AND EMOTIONAL DISTRESS AFFIDAVIT AND LETTER FROM CLIENT OUTLINING SPECIFIC DISTRESS OVER RECEIVE BILLS. | 0.3 |
|---|---|---|---|
| 11-09-2021 | PH | FOLLOWED COMMUNICATION WITH CLIENT REGARDING RECEIVE DOCUMENTATION FOR SIGN UP AND STATUS OF OBTAINING VARIOUS MEDICAL RECORDS FOR REVIEW. | 0.3 |
| 12-10-2021 | PH | ANALYSIS AND REVIEW OF ADDITIONAL COLLECTION NOTICES RECEIVED SINCE INITIAL COMMUNICATION WITH CLIENT. | 0.3 |
| 12-10-2021 | PH | COMMUNICATION WITH CLAIMANT ATTORNEY REGARDING STATUS OF COMP CASE AND ANY FOLLOW UP FROM COMMUNICATION WITH ADJUSTER ON PAYMENT OF OUTSTANDING BILLS. | 0.3 |
| 12-10-2021 | PH | COMMUNICATION WITH CLIENT REGARDING CREDIT REPORTING OF CERTAIN ACCOUNTS FROM DEBT COLLECTORS AND FOR FOLLOW UP ON CREDIT REPORTING DISPUTE. | 0.3 |
| 12-31-2021 | PH | PREPARATION AND REVIEW OF DISPUTE LETTERS TO THE CREDIT REPORTING AGENCIES AND DEBT COLLECTORS REPORTING TO CLIENT CREDIT REPORT. | 0.6 |
| 01-10-2022 | PH | REQUEST FOR MEDICAL RECORDS FROM COMP ADJUSTER | 0.3 |
| 01-10-2022 | PH | COMMUNICATION WITH COMP DEFENSE ATTORNEY ON REQUEST FOR RECORDS | 0.2 |
| 01-10-2022 | PH | ANALYSIS REVIEW OF RESPONSE FROM CREDIT BUREAUS TO DISPUTE OVER COLLECTION ACCOUNTS. | 0.4 |
| 01-21-2022 | PH | RECEIPT AND REVIEW OF NEW BILL FROM SOUTH MIAMI HOSPITAL. | 0.2 |
| 02-01-2022 | PH | COMMUNICATION WITH CLIENT REGARDING SIGNING FCRA RETAINER FOR PROCEEDING ON CREDIT REPORTING CASE. | 0.3 |
| 02-08-2022 | PH | RECEIPT AND REVIEW OF DORAL HOSPITAL RECORDS FOR DATE OF SERVICE 091820 AND REVIEW FOR WORK OR WORKERS' COMP. REFERENCES. | 0.9 |
| 02-08-2022 | PH | REVIEW OF ADDITIONAL DOCUMENTATION FROM SOUTH MIAMI URGENT CARE. | 0.3 |
| 02-08-2022 | PH | RECEIPT REVIEW OF SAINT CLOUD REGIONAL MEDICAL CENTER RECORDS FOR DETERMINATION OF WORKERS' COMP. REFERENCE. | 0.4 |
| 02-10-2022 | PH | RECEIPT AND REVIEW OF MEDICAL AND INDEMNITY PAYOUT FROM ADJUSTER. | 0.3 |
| 04-01-2022 | PH | ANALYSIS REVIEW FILE REGARDING STATUS OF CONTINUED CREDIT REPORTING. | 0.2 |
| 04-11-2022 | PH | RECEIPT REVIEW OF OFFER OF JUDGMENT AND LETTER FROM RMG REGARDING STATUS OF ACCOUNT AND CREDIT REPORTING. | 0.2 |
| 02-28-2022 | PH | ANALYSIS AND REVIEW OF INTERROGATORIES TO PLAINTIFF FROM RADIOLOGY ASSOCIATES. | 0.6 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02-28-2022 | PH | ANALYSIS REVIEW OF REQUEST REDUCTION DISCUSSION WITH CLIENT ON RESPONSE FOR SUIT WITH RADIOLOGY ASSOCIATES AND ANTICIPATED DISCOVERY FROM RMG | 0.5 |
| 02-03-2022 | PH | COMMUNICATION FROM CLIENT REGARDING STATUS OF CREDIT REPORTING DISPUTE AND REQUEST FOR INFORMATION ON CASE STATUS. | 0.3 |
| 02-07-2022 | PH | ANALYSIS REVIEW OF COMMUNICATION WITH RMG ATTORNEY ON DISCUSSION OF STATUS OF CASE AND DEMANDS FOR SETTLEMENT. | 0.2 |
| 02-09-2022 | PH | COMMUNICATION FROM CLIENT REGARDING STATUS OF CASE AND UPDATE ON STATUS OF CREDIT REPORTING. | 0.2 |
| 02-09-2022 | PH | COMMUNICATION WITH CO-COUNSEL REGARDING STATUS OF OFFER OF JUDGMENT AND STRATEGY TO EMPLOY THEREAFTER. | 0.2 |
| 02-15-2022 | PH | COMMUNICATION WITH CO-COUNSEL REGARDING STRATEGY ON ANTICIPATED PHONE CALL WITH RMG ATTORNEY ON POSSIBLE RESOLUTION OF CASE. | 0.3 |
| 03-31-2022 | PH | ANALYSIS AND REVIEW OF UNIFORM CASE MANAGEMENT REPORT WITH RMG AND STATUS OF CASE. | 0.2 |
| 04-08-2022 | PH | FOLLOW UP CO-COUNSEL ON RESPONSES TO DISCOVERY REQUESTS AS COMPLETED BY CLIENT. | 0.3 |
| 04-12-2022 | PH | COMMUNICATION FROM CLIENT REGARDING STATUS OF ANSWERS FOR INTERROGATORIES AND STATUS OF CASE | 0.2 |
| 04-13-2022 | PH | DETAIL COMMUNICATION WITH CLIENT REGARDING COMPLETION OF INTERROGATORIES AND STATUS OF DISCOVERY REQUEST. | 0.5 |
| 04-21-2022 | PH | VARIOUS EMAILS FOR CO-COUNSEL ON STATUS OF COMPLETION OF DISCOVERY BY CLIENT. | 0.3 |
| 04-28-2022 | PH | ANALYSIS A FILE TO DETERMINE DOCUMENTS TO PRESENT TO CO-COUNSEL FOR LITIGATION AND SETTLEMENT DISCUSSIONS | 0.2 |

**\*\*\* END OF DOCUMENT \*\*\***