UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:22-cv-00197-CEM-EJK

PEDRO JUAN MILLAN,

    Plaintiff,

v.

RECEIVABLE MANAGEMENT GROUP INC,

    Defendant.
_____/

## **NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS FEES**

Pedro Juan Millan ("Plaintiff") submits this Notice of Withdrawal with respect to Plaintiff's Motion for Attorney Fees (Doc. 21) as the Parties have reached a resolution with respect to the entirety of this case, of which includes any attorneys fees and costs recoverable by Plaintiff.

Dated: July 29, 2022

                                                                  Respectfully Submitted,

                                                                  /s/ Thomas J. Patti
                                                               **JIBRAEL S. HINDI, ESQ.**
                                                               Florida Bar No.: 118259
                                                               E-mail: jibrael@jibraellaw.com
                                                               **THOMAS J. PATTI, ESQ.**
                                                               Florida Bar No.: 118377
                                                               E-mail: tom@jibraellaw.com
                                                               The Law Offices of Jibrael S. Hindi
                                                               110 SE 6th Street, Suite 1744
                                                               Fort Lauderdale, Florida 33301
                                                               Phone: 954-907-1136
                                                               *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377